**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| In the Matter of: | Chapter 13 |
| Seretha A. Davis | Case No. 07-13986-SSM |
| Debtor | |

**MOTION TO DISMISS,**
**NOTICE OF MOTION TO DISMISS**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Gerald M. O'Donnell, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

**Violation of 11 U.S.C. 1307(c)(6)** - Material default by Debtor as is reflected in the attached Trustee's Report of Receipts and Disbursements.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

*Attend the hearing to be held on August 13, 2008 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street,*

**Notice and Motion to Dismiss**
Seretha A. Davis, Case #07-13986-SSM

*Alexandria, VA 22314.* If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Gerald M. O'Donnell
> 211 North Union Street, Ste. 120
> Alexandria, VA 22314

> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: __July 16, 2008_____                    __/s/ Gerald M. O'Donnell_____
                                              Gerald M. O'Donnell
                                              Chapter 13 Trustee
                                              211 N. Union Street, Ste. 240
                                              Alexandria, VA 22314
                                              (703) 836-2226
                                              VSB 7930

### CERTIFICATE OF SERVICE

I hereby certify that I have this 16th day of July, 2008, mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Seretha A. Davis | Robert Weed, Esq. |
| Chapter 13 Debtor | Attorney for Debtor |
| PO Box 150971 | 7900 Sudley Rd. Ste. 409 |
| Alexandria, VA 22315 | Manassas, VA 20109 |

                                              ___/s/ Gerald M. O'Donnell_____
                                              Gerald M. O'Donnell