## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

In re:  Seretha Davis                              Chapter 13

       Debtor                                    Case No. 07-13986-SSM

**Motion to Voluntarily Dismiss Chapter 13**

      Debtor moves to dismiss this case under Section 1307 and request that an order so stating be entered.

Date:

            by _/s/ Klinette Kindred_____
             Robert Ross Weed,   VSB #24646
             Klinette H. Kindred,  VSB#18000

Robert Ross Weed  VSB 24646
Klinette H. Kindred VSB 18000
Law Office of Robert Ross Weed
Counsel Seretha Davis
211 N. Union Street, Suite 100
Alexandria, VA 22314
703/519-1215